UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

              Plaintiff,                     Case No. 1:05:CR:281

v.

                                            HON. GORDON J. QUIST

JOAQUIN DEJESUS RUIZ-DELACRUZ,

              Defendant.
_____/

### ORDER

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

      THEREFORE, IT IS ORDERED that:

      1.      The Report and Recommendation of the Magistrate Judge filed June 12, 2006, is approved and adopted as the Opinion and Findings of this Court.

      2.      Defendant Joaquin DeJesus Ruiz-Delacruz' plea of guilty to Count Two of the First Superseding Indictment is accepted.  Defendant Joaquin DeJesus Ruiz-Delacruz is adjudicated guilty.

      3.      Defendant Joaquin DeJesus Ruiz-Delacruz shall be detained pending sentencing.

      4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  July 21, 2006                              _____/s/ Gordon J. Quist_____
                                                   GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE